[No. 4951-5-III. Division Three. January 17, 1984.]

JOHN THOMAS DAY, *Appellant,* v. WILLIAM HAMMOND, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 12461, Don L. McCulloch, J., entered December 11, 1981. *Affirmed* by unpublished per curiam opinion.

[No. 6013-2-II. Division Two. January 18, 1984.]

CARL E. JOHNSON, SR., *Appellant,* v. MAYR BROS. LOGGING CO., INC., *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 81-2-00026-2, John H. Kirkwood, J., entered November 30, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 5244-3-III. Division Three. January 19, 1984.]

VASELEKE GARRAS, *Respondent,* v. VICTOR A. LEWIS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80-2-02091-3, Michael E. Donohue, J., entered May 27, 1982. *Denied* by unpublished per curiam opinion.

[No. 5488-4-II. Division Two. January 20, 1984.]

JOSEPH M. MOORE, ET AL, *Appellants,* v. CARL S. CURTIS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 49562, Don L. McCulloch, J., entered March 13, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.